■ In the Matter of Frank G., Appellant, v Renee P.-F. et al., Respondents. (Proceeding No. 1.) In the Matter of Renee P.-F., Respondent, v Frank G., Appellant. (Proceeding No. 2.) [37 NYS3d 204]—Appeal, by permission, from an order of the Family Court, Orange County (Lori Currier Woods, J.), dated June 12, 2015. The order granted Renee P.-F. access appointments with the subject children, to be supervised by Joseph P., commencing June 25, 2015, until June 28, 2015.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The order appealed from expired by its own terms. Accordingly, the appeal must be dismissed as academic (*see Matter of Heard v Ganaishlal,* 52 AD3d 833 [2008]; *Matter of Jacobs v Traylor,* 43 AD3d 466, 467 [2007]; *Matter of Ellwanger v Ellwanger,* 31 AD3d 447 [2006]; *Matter of DePaola v Corrales,* 303 AD2d 586, 587 [2003]; *Matter of Trentacoste v Trentacoste,* 211 AD2d 724, 726 [1995]). Hall, J.P., Cohen, Miller and Barros, JJ., concur.